**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7311**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TRACY VERNON OSBORNE,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, District Judge.  (2:15-cr-00015-JPJ-16)

Submitted:  June 7, 2021                                                Decided:  June 9, 2021

Before AGEE and THACKER, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tracy Vernon Osborne, Appellant Pro Se.  Heather Lynn Carlton, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracy Vernon Osborne appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. After reviewing the record on appeal, we conclude that the district court did not abuse its discretion in denying the motion for compassionate release. *See United States v. High*, __ F.3d __, __, No. 20-7350, 2021 WL 1823289, at *6 (4th Cir. Apr. 21, 2021) (rejecting argument that district court must invariably address defendant's arguments on record in denying motion for compassionate release). Accordingly, we affirm. *United States v. Osborne*, No. 2:15-cr-00015-JPJ-16 (W.D. Va. Aug. 20, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*